UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 14cr2252 L |
| Plaintiff, ) ) | **ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT** |
| v. ) | |
| TIBERIO CALDERON-MORENO, ) ) | |
| Defendant. ) ) | |

Upon motion of the United States, pursuant to Federal Rule of Criminal Procedure 48(a), in the interest of justice, the Indictment in this case is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: December 31, 2014

_____
M. James Lorenz
United States District Court Judge

14cr2252